UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN McKINS,<br><br>                Plaintiff,<br><br>       -against-<br><br>TARA PYE; JOANNE RUSSO-LANZA;<br>UNITED HEBREW SOUNDVIEW SENIOR<br>LIVING,<br><br>                Defendants. | 19-CV-4633 (LLS)<br><br>ORDER |

LOUIS L. STANTON, United States District Judge:

       By Mandate dated June 12, 2020, the United States Court of Appeals for the Second Circuit vacated this Court's October 2, 2019 judgment, and remanded this action for further proceedings. (ECF No. 10.)

       Accordingly, the Court directs the Clerk of Court to vacate the July 22, 2019 order to amend (ECF No. 4), and the October 2, 2019 order of dismissal and civil judgment (ECF Nos. 5, 6).

SO ORDERED.

Dated:    June 29, 2020
           New York, New York

                                              *Louis L. Stanton*
                                              LOUIS L. STANTON
                                                   U.S.D.J.