UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN McKINS,

                Plaintiff,

-against-

TARA PYE; JOANNE RUSSO-LANZA;
UNITED HEBREW SOUNDVIEW SENIOR
LIVING,

                Defendants.

19-CV-4633 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

    Plaintiff John McKins brings this action *pro se*. Because Plaintiff has been granted permission to proceed *in forma pauperis*, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases.").

    The Court therefore requests that Tara Pye, Joanne Russo-Lanza, and United Hebrew Soundview Senior Living, who are represented by counsel, waive service of summons.

    The Court further requests that counsel for Defendants access copies of the complaint from PACER.

    The Clerk of the Court is requested to mail a copy of this Order to pro se Plaintiff at the address on ECF and show proof of service.

SO ORDERED.

Dated:  July 23, 2020
          White Plains, New York

                                              NELSON S. ROMÁN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2020