UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

McKins,

                          Plaintiffs,

       -against-

Pye, et al.,

                          Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:19-cv-4633-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

**PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF THE CONFERENCE HAS NOT CHANGED.**

A Status Conference (via telephone) is hereby scheduled **March 27, 2024 at 11 AM.**

The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference ID **118 753 903 7** and then # to enter the conference.

       **SO ORDERED.**

DATED:    White Plains, New York
              February 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge