```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

McKins.,

                        Plaintiffs,

     -against-

Pye, et al

                        Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:19-cv-04633-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

This is change to the dial in information for the **March 27, 2024 at 11:00 AM conference.** The parties are to dial in to the **ATT conference line at 877-336-1839, enter access code 5999739 and then #** to enter the conference. Please disregard the dial in information at DE #40

SO ORDERED.

DATED:    White Plains, New York
               March 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

**Copy Mailed to Pro Se Plaintiff by Chambers of Victoria Reznik On March 22, 2024**