**MEMO ENDORSED**

September 9, 2024

<u>Via ECF</u>
The Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re: John McKins v. Tara Pye, Joanne Russo-Lanza, United
         Hebrew Soundview Senior Living
         Case No.:  19-cv-04633

Dear Judge Román:

  We write jointly with Alannah M. Irwin, Esq., the limited-scope counsel for Pro Se Plaintiff, John McKins to request an Order of Referral to Mediation and stay of post-discovery deadlines pending the completion of mediation. The Parties have discussed the possible resolution of this matter with the assistance of a third party mediator. Ms. Irwin is in the process of extending the scope of her representation in order to represent Mr. McKins in a mediation session. As a result, the Parties respectfully request the Court issue an Order of Referral to a Court Appointed Mediator (preferably with housing discrimination experience), and while the Parties participate in mediation, we request that all post-discovery deadlines be stayed.

  If the matter does not resolve at mediation, Defendants and Pro Se Plaintiff (with the assistance of the City Bar Justice Center SDNY Federal Pro Se Legal Assistance Project) intend to file motions for summary judgment and also request the Court permit the submission of pre-motion letters after any mediation stay.

  We thank the Court in advance for its courtesy in this regard.

            Very truly yours,

            JACKSON LEWIS P.C.

            *Mary A. Smith*

            Mary A. Smith

**The parties' joint request to stay post-discovery deadlines and to adjourn *sine die* the Sept. 12, 2024 Status Teleconf. is GRANTED. The parties are directed to provide the Court with a written settlement status update on or before Nov. 12, 2024. Limited-scope counsel for *pro se* Plaintiff is directed to mail a copy of this endorsement to *pro se* Plaintiff and file proof of service. Clerk of Court is requested to terminate the motion at ECF No. 60.**

**Dated: September 11, 2024**
    **White Plains, NY**

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2024